No. 315. EVANS *v.* UNITED STATES. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed *in forma pauperis,* granted. *Mr. Richard H. Wels* for petitioner. *Solicitor General Biddle, Assistant*

*Attorney General Rogge,* and *Mr. William W. Barron* for the United States.